IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| Jennifer Gordon,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Charter Communications, Inc. d/b/a Spectrum,<br>　　　　　　　　　　　　Defendant. | Civil Action No. 7:18-cv-00568-TMC |

## NOTICE OF SETTLEMENT AND REQUEST TO ENTER RUBIN ORDER AS TO CHARTER COMMUNICATIONS, INC. D/B/A SPECTRUM

Plaintiff Jennifer Gordon and Defendant Charter Communications, Inc. d/b/a Spectrum, have agreed to settle the above entitled action. Plaintiff Jennifer Gordon requests that the Court enter a *Rubin Order* to allow time to consummate the agreement. The parties will reinstate the action within sixty (60) days if the settlement is not consummated.

　　　　　　　　　　　　　　　　　　DAVE MAXFIELD, ATTORNEY, LLC


By:　_s/ Dave Maxfield_____
　　　David A. Maxfield, Fed. ID 6293
　　　P.O. Box 11865
　　　Columbia, SC 29211
　　　803-509-6800
　　　855-299-1656 (fax)
　　　dave@consumerlawsc.com
　　　*Counsel for Plaintiff*

DATED: June 7, 2018

Columbia, South Carolina